JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAHANI CREISAT, | ) | Case No. 2:24-cv-00111-CBM-SK |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING** |
| v. | ) | **STIPULATION TO DISMISS ENTIRE** |
| | ) | **ACTION WITH PREJUDICE** |
| FINANCIAL PARTNERS CREDIT UNION, | ) | |
| | ) | Complaint filed: January 29, 2024 |
| Defendant. | ) | |

TO ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Upon showing good cause, IT IS HEREBY ORDERED THAT: Defendant First Entertainment Credit Union and Plaintiff Tahani Creisat's Stipulation to Dismiss the entire Action with Prejudice is GRANTED.

DATED: May 21, 2025

By: _____
United States District Judge

1